

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00115-CR

**KENNETH BELL,**

                                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                   **Appellee**

### From the County Court
### Navarro County, Texas
### Trial Court No. C34388-CR

## O R D E R

This appeal was abated to the trial court to determine the proper contents of the clerk's record in this appeal, order the trial court clerk to submit a new clerk's record, if necessary, and prepare oral or written findings. Those findings have been made and filed with this Court. No new clerk's record was required to be submitted.

Accordingly, this appeal is reinstated. Appellant's brief is due 30 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal reinstated
Order issued and filed March 19, 2015

